UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION



| | | |
|---|---|---|
| ROSARIO ADILENE ALONSO-MONTES, | § § § § | |
| Petitioner, | § § | |
| v. | § § | EP-22-CV-00207-FM |
| UNITED STATES OF AMERICA, | § § § | |
| Respondent. | § | |

### FINAL JUDGMENT

In accordance with "Order Granting Writ of Error Coram Nobis" [ECF No. 8], entered July 20, 2022, the court enters its Final Judgment as follows:

1. It is **HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**.

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** this case.

**SIGNED AND ENTERED** this 20 day of **July 2022**.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

1