UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROSARIO ADILENE ALONSO-MONTES, | § § § | |
| Petitioner, | § § § | |
| v. | § § | EP-22-CV-00207-FM |
| UNITED STATES OF AMERICA, | § § § | |
| Respondent. | § § | |

## AMENDED FINAL JUDGMENT

On this day, the court entered "Order Granting Writ of Error Coram Nobis" [ECF No. 8].

The entrance of the Order closes this action. Accordingly, it is **HEREBY ORDERED** that the

Clerk of the Court is **INSTRUCTED** to **CLOSE** this case.

**SIGNED AND ENTERED** this _20_ day of **July 2022**.

_[signature]_

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

1